RYAN S. PETERSEN, ESQ.
Nevada Bar No. 010715
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
**WILEY PETERSEN**
1050 Indigo Dr., Suite 130
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329

*Attorneys for Defendants*
*Preferred Homecare/Lifecare Solutions*
*and Medical Depot, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND J. OLSEN, JR., an individual, | CASE NO: 2:17-cv-00547-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| PREFERRED HOMECARE/LIFECARE SOLUTIONS, an Arizona limited liability company; MEDICAL DEPOT, INC., dba DRIVE DEVILBISS HEALTHCARE, a New York corporation; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendants PREFERRED HOMECARE/LIFECARE SOLUTIONS and MEDICAL DEPOT, INC. d/b/a DRIVE DEVILBISS HEALTHCARE, by and through counsel of record, the law firm of WILEY PETERSEN; and Plaintiff, RAYMOND J. OLSEN, JR., by and through his counsel of record, MAIER GUTIERREZ & ASSOCIATES, hereby stipulate to the dismissal of this matter in its entirety, with prejudice, each party to bear their own fees and costs.

///

///

///

///

///

| MAIER GUTIERREZ & ASSOCIATES | WILEY PETERSEN |
|---|---|
| */s/ Stephen Clough* <br> Stephen G. Clough, Esq. <br> Nevada Bar No. 10549 <br> 8816 Spanish Ridge Ave. <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Plaintiff* | */s/ Ryan Petersen* <br> RYAN S. PETERSEN, ESQ. <br> Nevada Bar No. 10715 <br> JASON M. WILEY, ESQ. <br> Nevada Bar No. 09274 <br> 1050 Indigo Dr., Suite 130 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendants* |

## ORDER

Upon stipulation of the Parties, and Good Cause Appearing Therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced matter be dismissed in its entirety, with prejudice, each party to bear their own fees and costs.

DATED this __26__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

RESPECTFULLY SUBMITTED BY:

**WILEY PETERSEN**

*/s/ Ryan Petersen*
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
JASON M. WILEY, ESQ.
Nevada Bar No. 09274
1050 Indigo Dr., Suite 130
Las Vegas, NV 89145

*Attorneys for Defendants*